

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00245-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| DAVID BARRON, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20120D01101) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore vacate the trial court's orders granting a new trial and order granting motion for reconsideration dated July 6, 2012, and reinstate Appellant's conviction, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF FEBRUARY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.